IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 27 P 4: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:06CR163-SRW |
| | ) (18 U.S.C. 661) |
| RENA M. THOMAS | ) |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT

On or about the 17th day of May 2006, at Building 1433, Room#7873 on Maxwell Air Force Base, in the Middle District of Alabama, **RENA M. THOMAS** did steal currency of a value less than $100o, the property of Curtis R Puckett, in violation of Title 18, Section 661, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*NL*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, TSGT JASON DINUNZIO, am a member of 42 SFS as an investigator. On or about 17 May 2006, I observed a video tape that showed RENA THOMAS go through several bags belonging to Captain Curtis Puckett in room 7873 of building 1433 on Maxwell AFB and remove US currency (coins) from them. I took a statement from Captain Puckett wherein he informed me that he had suspected that his bags were being riffled through by housekeeping so he set up a video camera which took the video showing Ms. Thomas's theft. I took the video to Paris Davis, a manager for Lodging and Mr Davis identified the women in the video as Ms Thomas. The total value of the coins taken was less than $100.00.

                                                                                            TSGT JASON DINUNZIO

Subscribed and sworn to before me this 20th day of June, 2006.

Notary Public
State of Alabama