| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: September 27, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:05 - 10:12 | |

√ **ARRAIGNMENT**   ☐ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr163-SRW   **DEFENDANT NAME:** Rena M. Thomas
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:** Patricia Kemp

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
  ☐ Guilty as to:
    ☐ Count(s):
    ☐ Count(s):   ☐ dismissed on oral motion of USA
      ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   11/6/2006   ☐ **WAIVER OF SPEEDY TRIAL** filed.
  **DISCOVERY DISCLOSURE DATE: 9/27/06**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel