IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Case No.: 2:06cr163-SRW |
| ) | |
| RENA M. THOMAS ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **RENA M. THOMAS**, in the above-styled case.

Dated this 4th day of October 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Neal B. Frazier, Special Assistant United States Attorney.

          Respectfully submitted,

          s/Jennifer A. Hart
          **JENNIFER A. HART**
          FEDERAL DEFENDERS
          MIDDLE DISTRICT OF ALABAMA
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          jennifer_hart@fd.org
          AL Bar Code: HAR189